UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KING MWASI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. ROMERO, et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-06467-DOC-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the most recent Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 53, "Report") and Plaintiff's Objection to the Report (Dkt. 58). The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

　　　　Therefore, based on the foregoing and the prior orders in this Action, IT IS HEREBY ORDERED that:

　　　　1.　　The Motion to Dismiss (Dkt. 48) filed by Defendants D. Romero, B. Castorena, and C. Wofford is GRANTED without further leave to amend;

2. Judgment shall be entered dismissing with prejudice all federal law claims asserted by Plaintiff in this Action and dismissing without prejudice all remaining state law claims asserted by Plaintiff.

Dated: December 27, 2023

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge

2