JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KING MWASI, | ) Case No. 2:21-cv-06467-DOC-JDE |
| Plaintiff, | )<br>) JUDGMENT |
| v. | ) |
| D. ROMERO, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge and the prior orders of this Court,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is DISMISSED, with all federal claims asserted herein dismissed with prejudice, and all remaining state law claims asserted herein dismissed without prejudice.

Dated: December 27, 2023

David O. Carter
_____
DAVID O. CARTER
United States District Judge